**Order entered October 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01601-CV

## J. C. PENNEY COMPANY, INC. AND MYRON E. ULLMAN III, ET AL., Appellants

## V.

## EVERETT M. OZENNE, DERIVATIVELY ON BEHALF OF J.C. PENNEY COMPANY, INC., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00735**

## ORDER

We **GRANT** the September 30, 1024 motions pro hac vice of Robin Winchester and Eric L. Zagar, supported by D. Neil Smith's motions filed the same day. Winchester and Zagar shall be permitted to appear before the Court until the conclusion of this case.

/s/  MOLLY FRANCIS
   PRESIDING JUSTICE
